FILED
CLERK, U.S. DISTRICT COURT
JUL - 8 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 12-1015-SJO |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| ) | [Fed.R.Crim.P. 32.1(a)(6); |
| JOSE OSCAR LOPEZ ) | 18 U.S.C. 3143(a)] |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central Dist, CA</u> for alleged violation(s) of the terms and conditions of (his)/her [probation] [(supervised release)]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ~~(✗)~~ The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>allegation of repeated positive drug tests, allegedly w/ unknown residence to P.O.</u>

|   |   |
|---|---|
| 1 | _____ |
| 2 | _____ |
| 3 | _____ |
| 4 | and/or |
| 5 | B. ( ) The defendant has not met his/her burden of establishing by |
| 6 | clear and convincing evidence that he/she is not likely to pose |
| 7 | a danger to the safety of any other person or the community if |
| 8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based |
| 9 | on:_____ |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 7/8/14

*(signature)*

UNITES STATES MAGISTRATE JUDGE