FILED
CLERK, U.S. DISTRICT COURT

DEC 3 0 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

1
2
3
4
5
6
7
8
9
10      UNITED STATES DISTRICT COURT
11      CENTRAL DISTRICT OF CALIFORNIA
12
13
14
15   UNITED STATES OF AMERICA,        ) No. CR. 12-01015-SJO
16              Plaintiff,            ) ORDER OF DETENTION AFTER
                                      ) HEARING ( Fed.R.Crim.P. 32.1(a)(6)
17              v.                    ) Allegations of Violations of Probation
                                      ) Supervised Release)
18   Jose Oscar Lopez                 ) Conditions of Release)
                                      )
19              Defendant.            )
20 _____ )
        On arrest warrant issued by a United States District Court involving alleged
21
   violations of conditions of probation or Supervised Release,
22
        The court finds no condition or combination of conditions that will
23
   reasonably assure:
24
        (A)   (X)    the appearance of defendant as required; and/or
25
        (B)   (X)    the safety of any person or the community.
26
   //
27
   //
28

1    The court concludes:

2  A.    ( )   Defendant poses a risk to the safety of other persons or the community

3         because defendant has not demonstrated by clear and convincing

4         evidence that:

5         any combination of conditions would protect the

6         community in light of defendant's criminal

7         history and drug use.

8         _____

9

10  (B)   (x)   Defendant is a flight risk because defendant has not shown by clear

11         and convincing evidence that:

12         any combination of conditions can mitigate

13         his history of abscondment and failure to

14         abide by the terms of his probation

15         _____

16

17        IT IS ORDERED that defendant be detained.

18

19  DATED: 12·30-2014

20

21

22

23        JOHN E. MCDERMOTT

         UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

                                  2